# UNITED STATES DISTRICT COURT,
## DISTRICT OF KANSAS
### KANSAS CITY

DAN WILKINSON,                    )
                                  )
    Plaintiff,              )
                                  )
    v.                      )        No. 09-CV-2448 EFM/DWB
                                  )
UNITED COLLETIONS BUREAU INC.,    )
                                  )
    Defendant.              )

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

DAN WILKINSON (Plaintiff), through his attorneys, KROHN & MOSS, LTD., alleges the following against UNITED COLLECTIONS BUREAU INC., (Defendant):

## INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant does business in the state of Kansas, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

6. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

7.  Plaintiff is a natural person residing in Lenexa, Johnson County, Kansas.

8.  Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

9.  Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

10. Defendant is a national company with its headquarters in Toledo, Lucas County, Ohio.

11. Defendant is a collection agency that in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

12. Defendant constantly and continuously placed collection calls to Plaintiff seeking and demanding payment for an alleged debt.  (See combined call logs and transcribed voice mail logs attached as group Exhibit A.)

13. Defendant called Plaintiff from 866-546-1551, 888-861-7707, and 888-300-0449.

14. Defendant called Plaintiff on Plaintiff's cell phone.

15. Defendant called Plaintiff and hung up without leaving a voicemail message.

16. Defendant failed to disclose in subsequent communications that the communication was from a debt collector.  (See Exhibit A.)

17. Defendant disclosed to Plaintiff's father that Plaintiff owes a debt.  (See call log and attached as Exhibit B.)

## COUNT I

## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

18. Defendant violated the FDCPA based on the following:

a.  Defendant violated *§1692b(2)* of the FDCPA because Defendant contacted a Third Party, by calling and contacting Plaintiff's father, and stated  that Plaintiff owes a debt.

b.  Defendant violated *§1692c(b)* of the FDCPA because Defendant engaged in prohibited communication practices by contacting Plaintiff's father.

c.  Defendant violated *§1692(d)* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, and abuse Plaintiffs.

d.  Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring and engaging Plaintiffs repeatedly and continuously with the intent to annoy, abuse, and harass.

e.  Defendant violated *§1692d(6)* of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity by calling and hanging up.

f.  Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt by failing to disclose in subsequent communications that the communication was from a debt collector.

g.  Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in subsequent communications that the communication was from a debt collector.

19. As a direct and proximate result of one or more or all of the statutory violations above Plaintiff has suffered emotional distress (see Exhibit C).

WHEREFORE, Plaintiff, DAN WILKINSON, respectfully requests judgment be entered against Defendant, UNITED COLLECTIONS BUREAU INC., for the following:

20. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

21. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

22. Actual damages,

23. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

24. Any other relief that this Honorable Court deems appropriate.

Plaintiff designates Kansas City as place for trial.

RESPECTFULLY SUBMITTED,

By: _/s/_Patrick_Cuezze_____
[ ] Patrick Cuezze
Attorneys for Plaintiff
Krohn & Moss, Ltd.
10474 Santa Monica Blvd.
4th Floor
Los Angeles, CA 90025
(816) 931-0911 (direct)
e-mail: pcuezze@consumerlawcenter.com

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, DAN WILKINSON, demands a jury trial in this case.

## **VERIFICATION OF COMPLAINT AND CERTIFICATION**

STATE OF KANSAS

  Plaintiff, DAN WILKINSON, states the following:

1.  I am the Plaintiff in this civil proceeding.
2.  I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3.  I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4.  I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5.  I have filed this Complaint in good faith and solely for the purposes set forth in it.
6.  Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7.  Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

  Pursuant to 28 U.S.C. § 1746(2), I, DAN WILKINSON, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

  08/11/2009               
   Date                 DAN WILKINSON

**EXHIBIT A**

Date of Call: 3/4/09

Time of Call: 11:13am

Length of Call:

Phone or Voice Mail

Collection Agency Name: UCB

Coleciton Agent Name: Mr Fluke

Collection Agency Phone No: 1-866-546-1557
X6927

They left a message for me to call Regarding a
Personal business matter.

Date of Call: ____3/6 2009____  Collection Agency Name: __UCB__

Time of Call: ____11:23 am____  Coleciton Agent Name: __Ms. Gonzalez__

Length of Call: _____  Collection Agency Phone No: __1-888-861-7707__

Phone or Voice Mail  X6746

The Collection Agent Left a Message stating that
She needed a Call back today"

Date of Call: 3/10

Time of Call: 7:00pm

Length of Call:

Phone or Voice Mail

Collection Agency Name: UCB

Coleciton Agent Name: Ms. Gonzalez

Collection Agency Phone No: 1-866-546-1551
X 6746

Ref # 80074341

" The Collefion agant Tett ne Message Stating
Hat Shee needed to hear from me today "

Date of Call: _3/16_

Time of Call: _4:58 pm_

Length of Call: _____

Phone or (Voice Mail) ____

Collection Agency Name: _United Collection Bureau_

Coleciton Agent Name: _MS Campro_

Collection Agency Phone No: _866-546-1551_
_X6924_

_#8007434|_

_Good AfternooN. This important message is to Van Wilkinson. This is MS Campro Calling from UCB I need you to return my call today in regards to an imputed business matter that was forwarded to my office for further review. When you call Back Please refer to Ref # 800-74341 - Please Call Back at the above Number_

Date of Call: _3/17_

Time of Call: _6:13 pm_

Length of Call: _____

Phone or Voice Mail: _____

Collection Agency Name: _UCB_

Coleciton Agent Name: _MS Campro_

Collection Agency Phone No: _866-546-1551_
_K 6924_

Good Evening, Mr Ken Wilkinson, This is Ms Campro Calling from the offices of UCB, I need you to return my call today that was forwarded to my office for further review Please Refer to Reference # 74341 - Please call me Back at Number Above.

Date of Call: __3/18__

Time of Call: __1:58 pm__

Length of Call: _____

Phone or (Voice Mail)

Collection Agency Name: __UCB__

Coleciton Agent Name: __MS Campos__

Collection Agency Phone No: __1-866-546-1551__

Ref 800 74341 x 6924

Good Afternoon, this the letter say I am this is MS Campos calling from the office of UCB. I am actually returning your call, and see that you did call our our office this morning but you was unable to get through - I would like to get through some important information with you regarding Ref # 800 7341. Please ad call at the number above.            800-74341

Date of Call: _3/19_

Time of Call: _1:17 Pm_

Length of Call:

Phone or (Voice Mail)

Collection Agency Name: _UCB_

Coleciton Agent Name: _Ms Campro_

Collection Agency Phone No: _866. 546. 1551_

_X 6924_

→ This is Ms Campro.

Good afternoon, Dan Vilkinson Calling from the Office of UCB. If you can please return my call today I do need to hear from you in regards to Chase #743341. Please Call 866-546-1551 X 6924 - Please understand our offices have been trying to reach you and you have not returned our call at this time. I would like to give you a phone recommendation and see if we can help you here. honor this agreement, it requires immediate update, once again please at call - 866 -546- 1551 - X 6924. - Thank You.

Date of Call: __3/23__

Time of Call: __1:15pm__

Length of Call: _____

Phone or Voice Mail

Collection Agency Name: __~~HEM~~ UCB__

Coleciton Agent Name: __Ms Campio__

Collection Agency Phone No: x __954 —__
__866 - 546 - 1551__
x 6924

Good Afternoon Mr Dan Wilkinson, this is Mr Campro calling from the office of UCB, very Important that you please return our call before 9:00pm eastern time, Please refer to Ref # 80074341, my Direct # 866 - 546 - 1551 x 6924, Thank you have a good day

Date of Call: _3/24/c9_

Time of Call: _2:11pm-_

Length of Call: _____

Phone or Voice Mail

Collection Agency Name: _UCB_

Coleciton Agent Name: _Ms Macheiko_

Collection Agency Phone No: _866-546-1551_
_X 6747_

Yes Hi Good Afternoon, I am Calling for Dan Wilkinson, Mr Wilkinson, My name is Ms Macheiko Calling with UCB. This Is Pertaining to Ref # 800 74341, At this point it Is necessary that you return the call upon receipt of this message You can reach me at my toll free # 866-546-1551 x6747, when calling in please Refer to your Reference #, it is ms Macheiko Calling with UCB, 866-546-1551, at x 6747, Thank You

Date of Call: _____3/26/09_____

Time of Call: _____11:39 am_____

Length of Call: _____

Phone or (Voice Mail)

Collection Agency Name: _____UCB_____

Coleciton Agent Name: _____Brenda_____

Collection Agency Phone No: __1-888-300-0449__

Hi this call is for a Dan J. Wilkinson, My name is Brenda, I am actually contacting you in regards to a Non-Compliance issue that was forwarded to my office. Presently at this time, I am preparing the paper work that is necessary to be taxed to you last known employer for Verification purposes, It is imperative that I do speak to you upon receipt of this message at 1888-300-0449 when calling in please have prepared for my Secretary your file # which is 800-74341-.

Date of Call: 3/27

Time of Call: 1:07 pm

Length of Call:

Phone or (Voice Mail)

Collection Agency Name: UCB

Coleciton Agent Name: Ms Campro

Collection Agency Phone No: 866-546-1551
954-

Mr Wilkinson, Please Contact the offices of UCB and ask for Ms Campro, upon returing this call please refer to Ref # 800-743-41-; 866-546-1557 x 6924,
please call

Thank You

Date of Call: **3/31**

Time of Call: **8:33 am**

Length of Call:

Phone of Voice Mail

Collection Agency Name: **UCB**

Coleciton Agent Name: **Ms Camara**

Collection Agency Phone No: **866-546-1551 X 6924**

~~too~~ Good Morning this important message IS for
Dan Wilkinson, This In Ms Camara Calling from the Office
of UCB, I do need you to return my Call before 9'apm
EST, Please refer to Ref # 800 74341, My direct #
is 866 - 546- 1551 x 6924. Thank You

Date of Call: 4/1

Time of Call: 1:34pm

Length of Call: _____

Phone or Voice Mail (Circle One)

Collection Agency Name: UCB

Coleciton Agent Name: Ms Cambro

Collection Agency Phone No: 866-546-1551

#954                    X6924

: Mr Van Wilkinson This in Ms Cambro Calling from the office of UCB, I do need you to return my call immediately In regards to this matter, Ref # 743841 please call 866-546-1554 & 6924 Thank You

Date of Call: 4/2

Time of Call: 12:38 pm

Length of Call:

Phone or Voice Mail

Collection Agency Name: UCB

Coleciton Agent Name: Ms. Verti

Collection Agency Phone No: 866-546-1551

Good Afternoon, Dan Wilkinson, This is Mrs Verti calling from the offices of UCB- In regards to file # 800·743-41 it is Imperative I do speak to you Immediately regarding this file, please return a call back, 866-546-1551, at X 6835 I will be in the office until 9:00pm Eastern Standard

Date of Call: 4/3

Time of Call: 1:02pm

Length of Call:

Phone or (Voice Mail)

Collection Agency Name: UCB

Coleciton Agent Name: Ms Cambro -

Collection Agency Phone No: 954-
1-866 - 546 - 1551
X 6924

This Important message is for Dan Wilkerson
Please Contact the office of UCB today before 8:00pm
Please Refer to Ref # 74341- 866- 546- 1551 x 6924.

It was Ms Cambro that Called, but she did not
Identify herself.

**EXHIBIT B**

Date of Call: 4/27/09

Time of Call: 12:00 am

Length of Call: 2 or 3 Minutes.

Collection Agency Name: United Collection Bureau

Coleciton Agent Name: Melissa -

Collection Agency Phone No: 1-866-546-1551
X 6959

Melissa, Called my Parents, Whose is Dan?
Is Dan Wilkinson any kind of Relative? She acknowledged
that it was Claim for a collection against Daniel.
She wanted if Daniel was related to my father John
Wilkinson. "We are trying to get a hold of Daniel
to collect a debt that he's been refered to us."
My Dad stated that you have Daniel's Phone number.
She then stated that she wanted to know who you
was related to Daniel." Then she told him who she was
with and She stated the above information.

**<u>EXHIBIT C</u>**

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1.  Sleeplessness — YES
2.  Fear of answering the telephone — YES
3.  Nervousness — YES
4.  Fear of answering the door — YES
5.  Embarrassment when speaking with family or friends — YES
6.  Depressions (sad, anxious, or "empty" moods) — YES
7.  Chest pains — NO
8.  Feelings of hopelessness, pessimism — YES
9.  Feelings of guilt, worthlessness, helplessness — YES
10. Appetite and/or weight loss or overeating and weight gain — YES
11. Thoughts of death, suicide or suicide attempts — NO
12. Restlessness or irritability — YES
13. Headache, nausea, chronic pain or fatigue — YES
14. Negative impact on my job — NO
15. Negative impact on my relationships — YES

Other physical or emotional symptoms you believe are associated with abusive debt collection activities:_____

_____
_____
_____
_____
_____
_____

    *Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.*

Dated: __08/11/2009__          _____  _____
                                               Signed Name

                               __Daniel J Wilkinson_____
                                               Printed Name