UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
KANSAS CITY

| | |
|---|---|
| DAN WILKINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. 09-cv-2448 EFM/DWB |
| | ) |
| UNITED COLLETIONS BUREAU INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL**
**(Unlawful Debt Collection Practices)**

### NOTICE OF VOLUNTARY DISMISSAL

DAN WILKINSON (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, UNITED COLLETIONS BUREAU INC. (Defendant), in this case.

DATED:  November 20, 2009              KROHN & MOSS, LTD.

                        By:___/s/ Patrick Cuezze_____
                            Patrick Cuezze
                            KROHN & MOSS, LTD.
                            Attorney for Plaintiff
                            10474 Santa Monica Blvd, Suite 401
                            Los Angeles, CA 90025
                            (816) 931-0911 (direct)
                            pcuezze@consumerlawcenter.com